IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALPHONSE IUDICELLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-280 (GBL-JFA) |
| | ) |
| SAMMY ELDIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Disqualify Counsel (Doc. 20) and Defendants' Motion to Compel Arbitration (Doc. 7). For the reasons stated in open court on Friday, April 19, 2013, it is hereby

**ORDERED** that Plaintiff's Motion to Disqualify Counsel (Doc. 20) is **DENIED**. It is further

**ORDERED** that Defendants' Motion to Compel Arbitration (Doc. 7) is **GRANTED**.

**IT IS SO ORDERED.**

ENTERED this __19__ day of April, 2013.

Alexandria, Virginia
4/19/2013

                                                              /s/
                                      Gerald Bruce Lee
                                      United States District Judge